Taylor, Chief-Justice,
 

 delivered the opinion of the Court.
 

 Trustees were entitled to no allowance at common law, for their care and trouble., but are merely indemnified for their actual expenses. The Legislature has thought fit to alter this rule and to make an allowance according to the actual care and attention bestowed in each particular case. A large estate, being unincum-bered, may, in. fact, require but a small portion of the attention of the administrator, and merit, therefore, a small commission ; whereas a less estate, if much involved, and having many claims to liquidate, may call «pon the Court to go to the full extent of the law. As the
 
 maximum
 
 is fixed at five per cent, it is a plain declaration of the Legislature, that however great the degree of trouble may be with which the administration is attended, that shall be deemed an adequate compensation. But neither the law nor the reason and justice of the thing, lends any countenance to the idea, that such offices shall he considered as sources of profit to the incumbent, or desirable on that account. On the contrary, considering whose interests are most frequently concerned, that of widows, minors and creditors, every consideration of policy and right, strongly impels the Court to avoid any construction of the law which may lead to such
 
 u
 
 consequence. A bare compensation, ami nothing more, 2c all they feel authorized to allow. The most trouble.
 
 *32
 
 gomo part in tbc management of this estate, was probably that whicli the administrator was not obliged to an-
 
 °
 
 dertake, that of the saw-mills, which probably belonged £() tbc guardian oJ‘ the, children. For the labour thus bestowed, the administrator is undoubtedly entitled to compensation from those who have been benefited by his attention, hut not as administrator $ nor has the Court any power to take it into consideration on this motion.
 

 To ascertain toe degree of trouble which has hem bestowed in' the administration, properly so called, the Court has couside-cd the duration of the trust and the sums received and paid away in a course of administration : and as the estate, though nominally large, was in fact unembarrassed with law-suits or debts, and the latter for the most part of easy liquidation, the Court, upon a full view and due consideration of all the circumstances* thinks that two and a half per cent, upon the receipts and three per cent, on the expenditures, will be a just compensation for the trouble of the administrator, so far as the law permits the Court to act in relation to the sub-ject_For the sake of future cases, we think it right to add, that payments made to distributees on account of their portions, whether before the administration is settled or at the close of it, cannot be considered as expenditures, and therefore no allowance of commissions is made on them.
 

 The decision of the Court is, that the orders of the comity and Superior Courts are set aside, and an allowance be made to the administrator upon the foregoing principles, of eight hundred and nine dollars, nineteen cents. The rate of commission, in this case, is formed upon an average of the general payments and receipts, upon some receipts, singly considered, a half per cent, would be a full allowance, and upon others we could with propriety go to the
 
 maximum.
 
 The case cannot therefore furnish a rule fr. any particular charge that may fee-selected.